# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK LEONARD SHARP,
                Appellant,
      vs.
THE STATE OF NEVADA,
                Respondent.

No. 81008

FILED

MAY 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying request for a hearing. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

                              , J.
                        Parraguirre

_____, J.          _____, J.
Hardesty                     Cadish

20-16618

cc: Hon. Michael Montero, District Judge
Mark Leonard Sharp
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk